## Mary C. Gass Mueller, Appellant, v. Ford F. Bittle et al., Appellees.

Heard in this court at the October term, 1943; opinion filed October 30, 1943; rehearing denied February 23, 1944. Wilmer L. Vogt and Edward K. Schwartz, for appellant; Whitnel, Browning, Listeman & Walker and L. R. Stewart, for certain appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.

## Robert S. Tomaso, Appellee, v. Fred Sestak, Appellant.

**Gen. No. 42,341.**

Heard in the third division, first district, this court at the October term, 1942; opinion filed February 2, 1944; rehearing denied March 3, 1944. Rider & Thuma and Chester D. Kern, for appellant; Elliodor M. Libonati, for appellee; Abraham Miller, of counsel; Samuel Nicosia, *amicus curiae*. Opinion by JUSTICE KILEY. Not to be published in full.